IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVAN POTTS, | * |
| Plaintiff, | * |
| v. | *   Case No. 16-cv-03187-TDC |
| EVODIO C. HENDRIX, et al., | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Christopher C. Jeffries, and Kramon & Graham, P.A. as counsel for the Defendants Evodio C. Hendrix and Maurice K. Ward, Jr., in the above-captioned case.

Dated: November 21, 2018              Respectfully submitted,


 */s/ Christopher C. Jeffries*
Christopher C. Jeffries (Bar No. 28587)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030; (410) 539-1269 (fax)
cjeffries@kg-law.com

*Counsel for Defendants Evodio C. Hendrix, and Maurice K. Ward, Jr.*