UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVAN POTTS, | * |
| Plaintiff, | * |
| v. | * |
| EVODIO C. HENDRIX, *et al.*, | * |
| Defendants/Cross Defendants, | * |

oOo        Civil No.: 16-cv-03187-TDC

| | |
|---|---|
| BALTIMORE POLICE DEPARTMENT, | * |
| Defendant/Cross-Plaintiff, | * |
| v. | * |
| EVODIO C. HENDRIX, *et al.*, | * |
| Defendants/Cross-Defendants. | * |

\*   \*   \*   \*   \*   \*   oOo   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, it is hereby this __4th__ day of __March__, 201__9__:

ORDERED that the aforementioned Joint Motion is GRANTED; and it is further

ORDERED that the Scheduling Order is modified as follows:

| Task | Deadline |
|---|---|
| Motion to Amend the Pleadings for Joinder Of Additional Parties | May 27, 2019 |
| Plaintiff's 26(a)(2) Expert Disclosures | June 13, 2019 |

1

| Defendant's 26(a)(2) Expert Disclosures | July 10, 2019 |
|---|---|
| Rule 26(e)(2) Supplementation of Disclosure Responses | August 1, 2019 |
| Completion of Discovery | August 28, 2019 |
| Requests for Admissions | September 3, 2019 |
| Notice of Intent to File a Pretrial Dispositive Motion, see Case Management Order Part II.A | September 10, 2019 |

The Honorable Theodore D. Chuang
United States District Court for the
District of Maryland