# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVAN POTTS, | * |
| Plaintiff, | * |
| v. | Civil No.: TDC 16-3187 |
| | * |
| BALTIMORE CITY POLICE DEPT., et al., | |
| | * |
| Defendants. | |

\* \* \* \* \* \* \*

## PLAINTIFF'S ACCEPTANCE OF CERTAIN DEFENDANTS' RULE 68 OFFER OF JUDGMENT TO PLAINTIFF IVAN POTTS

Plaintiff Ivan Potts, through undersigned counsel, hereby notifies the Court and gives written notice of his acceptance of the Rule 68 Offer of Judgment served on Plaintiff by Defendants **Evodio C. Hendrix, Wayne Earl Jenkins, and Maurice Kilpatrick Ward**.

**WHEREFORE**, said parties request the Clerk to enter judgment in this matter in favor of Plaintiff Ivan Potts and against Defendants **Evodio C. Hendrix, Wayne Earl Jenkins, and Maurice Kilpatrick Ward,** in the amount of Thirty-Two Thousand Dollars ($32,000.00), inclusive of costs and attorney's fees. **Plaintiff's claims against Defendant Baltimore City Police Department remain pending.**

Respectfully submitted,

/s/Paul Zukerberg
Paul H. Zukerberg Bar #10081
Zukerberg & Halperin, PLLC
1790 Lanier Place N.W.
Washington, D.C. 20009-2118
(202) 232-6400
paul@zukerberg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2019, a copy of the foregoing ACCEPTANCE OF CERTAIN DEFENDANTS' RULE 68 OFFER OF JUDGMENT was served on all parties via CM/ECF.

/s/Paul Zukerberg
Paul Zukerberg
Counsel to Ivan Potts
